CAMP *v.* CASEY *et al.*

LITTLE, J.   When under a contract one became entitled to a designated
fractional part of a quantity of grain for threshing the same, and
there was no segregation, from the whole, of the amount due as toll,
but the entire lot went into possession of the owner with the under-
standing that at a future time the party entitled to have the toll
would have the quantity due measured from the bulk and delivered
to him, a recovery in an action of trover for the amount of grain due
as toll, or the value thereof, can not be sustained.   The facts show a
debt on contract, but not title to any specific property for the recov-
ery of which trover would lie:
                    *Judgment reversed.   All the Justices concurring.*

Argued October 9, — Decided November 1, 1899.

Trover.   Before Judge Janes.   Polk superior court.   February term, 1899.

*F. A. Irwin,* for plaintiff in error.
*Blance & Wright* and *Sanders & Davis,* contra.